IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| LESLIE VON SULDON, | : | |
| --- | --- | --- |
| Plaintiff, | : | Civil Action No.: |
| | : | 5:06-cv-271 (CAR) |
| vs. | : | |
| BRUCE CHATMAN and DR. VINOD SACHDEVA, | : | |
| Defendants. | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation (doc. 32) that Plaintiff Leslie Von Suldon's Motion for Temporary Restraining Order and Preliminary Injunction (doc. 5) be denied. Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court. Having considered the briefs of the parties and the United States Magistrate Judge's Report and Recommendation, the Court agrees with the Recommendation. Accordingly, the Recommendation that Plaintiff Leslie Von Suldon's Motion for Temporary Restraining Order and Preliminary Injunction (doc. 5) be **DENIED** is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 12th day of February, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

JAB/aeg