IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LESLIE V. SULDON,<br><br>　　　　　　　Plaintiff<br><br>　　VS.<br><br>BRUCE CHATMAN, *et al.*,<br><br>　　　　　　　Defendants | NO. 5:06-CV-271 (CAR)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

# O R D E R

The plaintiff's instant **MOTION TO APPOINT COUNSEL** (Tab #44) – his fourth such request – is DENIED for the reasons set forth in the court's February 26th Order (Tab #42).

SO ORDERED, this 5th day of MARCH, 2007.



　　　　　　　　　　　　　　　　　　　　　CLAUDE W. HICKS, JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE