IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

LESLIE V. SULDON,

    Plaintiff

VS.

BRUCE CHATMAN, *et al.*,

    Defendants

NO. 5:06-CV-271 (CAR)

**PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE**

**O R D E R**

The plaintiff's instant **MOTION TO APPOINT COUNSEL** (Tab #50) – his *fifth* such request – is DENIED for the reasons set forth in the court's February 26th Order (Tab #42).

SO ORDERED, this 23rd day of MAY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE