IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| LESLIE VON SULDON, | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | No. 5:06-cv-271 (CAR) |
| v. | : | |
| | : | |
| BRUCE CHATMAN and | : | |
| DR. VINOD SACHDEVA, | : | |
| | : | |
| Defendants. | : | |

*ORDER ON THE REPORT AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE*

Before the Court are the Recommendations of the United States Magistrate Judge to deny Plaintiff's motion for protective custody (Doc. 75) and to grant Defendants' motion for summary judgment (Doc. 80). Having reviewed Plaintiff's objections to the Recommendations and the materials on file, the Court agrees with the Recommendations. With regard to the motion for protective custody, Plaintiff has not shown that this Court has authority to grant the relief requested and has not shown that he is entitled to such relief. With regard to Defendant's motion for summary judgment, as set forth in the Recommendation, the evidentiary materials on file show that there is no genuine issue of material fact and that the Defendants are entitled to judgment as a matter of law. The evidence on file, construed in the light most favorable to Plaintiff, fails to show that any Defendant acted with deliberate indifference to Plaintiff's serious medical needs.

Accordingly, both Recommendations are hereby **ADOPTED AND MADE THE ORDER**

1

**OF THE COURT**. Plaintiff's Motion for Protective Custody (Doc. 74) is **DENIED**. Defendants' Motion for Summary Judgment (Doc. 54) is **GRANTED**, and the Clerk of Court is directed to enter judgment in favor of Defendants.

**SO ORDERED**, this 11th day of March, 2008.

<pre>
                                S/ C. Ashley Royal
                                C. ASHLEY ROYAL
                                UNITED STATES DISTRICT JUDGE
</pre>

chw